# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2025-0499
Lower Tribunal No. 2025-DR-039014

_____

RAPHAEL CLERMONT,

Appellant,

v.

SANDRA ROSENTHAL,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.130 from the Circuit Court for Lee County.
Christine H. Greider, Judge.

February 24, 2026

PER CURIAM.

AFFIRMED.

STARGEL, NARDELLA and MIZE, JJ., concur.


Robert Kennedy, of Kennedy Law, P.A., Fort Myers, and Matthew Toll, of Toll Law, Cape Coral, for Appellant.

Andrew J. Banyai, of Lee County Legal Aid Society, Inc., Fort Myers, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED